# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-12806-MDC

WILLIAM T POWELL

8110 BUIST AVE.

PHILADELPHIA, PA 19153-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILLIAM T POWELL

8110 BUIST AVE.

PHILADELPHIA, PA 19153-

Counsel for debtor(s), by electronic notice only.

    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 700
    PHILA, PA 19102-

Date: 7/30/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee