**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    William T. Powell | : |
| | : |
|    Debtor(s) | : NO. 19-12806 MDC |

CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of Debtor's Second Amended Chapter 13 Plan and Schedule J were mailed either first class mail, postage prepaid or electronically on September 23, 2019 to the U.S. Trustee, William C. Miller, Trustee, Willaim T. Powell, Debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.


9-23-19                                                                 /s/    MICHAEL A. LATZES
DATE                                                                   MICHAEL A. LATZES, ESQUIRE
                                                                       Attorney for Debtor