**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    William T. Powell | : |
| | : |
|    Debtor(s) | : NO. 19-12806 MDC |

CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that a true and correct copy of Debtor's Fourth Amended Chapter 13 Plan was mailed either first class mail, postage prepaid or electronically on January 6, 2020 to the U.S. Trustee, William C. Miller, William T. Powell, Debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.

1-6-2020                                                  /s/ MICHAEL A. LATZES
DATE                                                     MICHAEL A. LATZES, ESQUIRE
                                                          Attorney for Debtor