**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     William T. Powell, | : | |
|     Debtor. | : | Bankruptcy No. 19-12806-MDC |

# O R D E R

**AND NOW**, Michael A. Latzes (the "Applicant") filed with the court an Application for Compensation and Reimbursement of Expenses dated January 21, 2020 (the "Application"), seeking the approval of $5,000 in compensation (the "Requested Compensation") for legal services rendered in the above-captioned bankruptcy case.[1]

**AND**, this case involves the representation of a below-median debtor. S*ee generally* 11 U.S.C. §1325(b) (establishing different standards for measuring plan confirmability depending upon whether the debtor's income is above median or below median); Official Form B-122C (requiring less financial disclosure from below median debtors).

**AND**, the Requested Compensation exceeds the amount that this Court is authorized, pursuant to L.B.R. 2016-3(a)(1), to allow in chapter 13 cases involving below-median debtors.

**AND**, L.B.R. 2016-2 requires an application for compensation must include, among other things, a chronological description of each service performed, and the time expended for each service. L.B.R. 2016-2(a)(1) and (2).

It is hereby **ORDERED** and **DETERMINED** that:

1.    The Applicant failed to comply with L.B.R. 2016-2(a) because the Applicant failed to attach to the Application a copy of the Applicant's relevant time records.

2.    The Applicant shall, within ten days of the entry of this Order, supplement the Application by filing the Applicant's relevant time records in support of the Requested Compensation in compliance with L.B.R. 2016-2(a) (the "Supplement").

---

[1] Bankr. Docket No. 57.

      3.      The Court shall hold the Application is **ABEYANCE** pending the Applicant's compliance with paragraph 2 above.

      4.      In the event the Applicant fails to timely file the Supplement, the Court may order a reduction in the compensation awarded to the Applicant pursuant to the Application.

Dated: March 19, 2020

                                               MAGDELINE D. COLEMAN
                                               CHIEF U.S. BANKRUPTCY JUDGE

Michael A. Latzes, Esquire
Law Office of Michael A. Latzes
1528 Walnut Street, Suite 700
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912