United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William T. Powell  
    Debtor

Case No. 19-12806-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 1     Date Rcvd: Mar 19, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.  
db          +William T. Powell,    8110 Buist Ave.,    Philadelphia, PA 19153-1114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:

          ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com, bkecf@milsteadlaw.com  
          ANDREW M. LUBIN    on behalf of Creditor    Select Portfolio Servicing, Inc. alubin@milsteadlaw.com, bkecf@milsteadlaw.com  
          JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et.al. paeb@fedphe.com  
          KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6 bkgroup@kmllawgroup.com  
          MICHAEL A. LATZES    on behalf of Debtor William T. Powell efiling@mlatzes-law.com  
          PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
          REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6 bkgroup@kmllawgroup.com  
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et.al. paeb@fedphe.com  
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                           TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     William T. Powell, | : | |
|     Debtor. | : | Bankruptcy No. 19-12806-MDC |

# O R D E R

**AND NOW**, Michael A. Latzes (the "Applicant") filed with the court an Application for Compensation and Reimbursement of Expenses dated January 21, 2020 (the "Application"), seeking the approval of $5,000 in compensation (the "Requested Compensation") for legal services rendered in the above-captioned bankruptcy case.[1]

**AND**, this case involves the representation of a below-median debtor. S*ee generally* 11 U.S.C. §1325(b) (establishing different standards for measuring plan confirmability depending upon whether the debtor's income is above median or below median); Official Form B-122C (requiring less financial disclosure from below median debtors).

**AND**, the Requested Compensation exceeds the amount that this Court is authorized, pursuant to L.B.R. 2016-3(a)(1), to allow in chapter 13 cases involving below-median debtors.

**AND**, L.B.R. 2016-2 requires an application for compensation must include, among other things, a chronological description of each service performed, and the time expended for each service. L.B.R. 2016-2(a)(1) and (2).

It is hereby **ORDERED** and **DETERMINED** that:

1. The Applicant failed to comply with L.B.R. 2016-2(a) because the Applicant failed to attach to the Application a copy of the Applicant's relevant time records.

2. The Applicant shall, within ten days of the entry of this Order, supplement the Application by filing the Applicant's relevant time records in support of the Requested Compensation in compliance with L.B.R. 2016-2(a) (the "Supplement").

---
[1] Bankr. Docket No. 57.

      3.      The Court shall hold the Application is **ABEYANCE** pending the Applicant's compliance with paragraph 2 above.

      4.      In the event the Applicant fails to timely file the Supplement, the Court may order a reduction in the compensation awarded to the Applicant pursuant to the Application.

Dated: March 19, 2020

                                                        MAGDELINE D. COLEMAN
                                                         CHIEF U.S. BANKRUPTCY JUDGE

Michael A. Latzes, Esquire
Law Office of Michael A. Latzes
1528 Walnut Street, Suite 700
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912