UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
   William T. Powell :
    :
         Debtor(s) : NO.   19-12806 MDC

## ORDER ALLOWING COMPENSATION

**AND NOW,** upon consideration of the Application for Award of Compensation submitted by counsel for the Debtor, Michael A. Latzes, P.C., is awarded $5,000.00 as compensation for the firm's services in this case, with $2,500.00 remaining due after deducting the initial retainer of $2,500.00 paid by Debtor.  The Trustee is authorized and directed to pay the amount of $2,500.00 to the said counsel from the Chapter 13 Plan payments which he has received on the Debtor's account, to the extent provided for under the Plan, with such disbursement to be made payable to Michael A. Latzes, P.C.

BY THE COURT:

April 23, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE