United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12806-mdc
William T. Powell                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD             Page 1 of 1          Date Rcvd: Apr 23, 2020
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
db             +William T. Powell,    8110 Buist Ave.,    Philadelphia, PA 19153-1114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               alubin@milsteadlaw.com, bkecf@milsteadlaw.com
              ANDREW M. LUBIN    on behalf of Creditor    Select Portfolio Servicing, Inc. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et.al. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6
               bkgroup@kmllawgroup.com
              MICHAEL A. LATZES    on behalf of Debtor William T. Powell efiling@mlatzes-law.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et.al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    William T. Powell | : |
| | : |
|          Debtor(s) | : NO.   19-12806 MDC |

## ORDER ALLOWING COMPENSATION

**AND NOW,** upon consideration of the Application for Award of Compensation submitted by counsel for the Debtor, Michael A. Latzes, P.C., is awarded $5,000.00 as compensation for the firm's services in this case, with $2,500.00 remaining due after deducting the initial retainer of $2,500.00 paid by Debtor.  The Trustee is authorized and directed to pay the amount of $2,500.00 to the said counsel from the Chapter 13 Plan payments which he has received on the Debtor's account, to the extent provided for under the Plan, with such disbursement to be made payable to Michael A. Latzes, P.C.

BY THE COURT:

April 23, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE