# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William T. Powell aka William T. Powell, Sr.,<br>　　　　　Debtor, | Chapter 13 |
| Select Portfolio Servicing, Inc.,<br>　　　　　Movant,<br>vs. | Case No.: 19-12806-mdc |
| William T. Powell aka William T. Powell, Sr.,<br>　　　　　Debtor / Respondent,<br>and<br>WILLIAM C. MILLER, Esq.,<br>　　　　　Trustee / Respondent. | Hearing Date: December 1, 2020<br>Time: 10:30 a.m. |

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Select Portfolio Servicing, Inc. has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **November 12, 2020,** you or your attorney must do <u>all</u> of the following:

　　　　(a)　　file an answer explaining your position at:

　　　　　　　United States Bankruptcy Court
　　　　　　　Eastern District of Pennsylvania
　　　　　　　Office of the Clerk
　　　　　　　900 Market Street, Suite 400
　　　　　　　Philadelphia, PA 19107

  (b)  mail a copy to the Movant's attorney:

    Andrew M. Lubin, Esquire
    Milstead & Associates, LLC
    1 East Stow Road
    Marlton, NJ 08053
    Phone No.: 856-482-1400
    Fax No.: 856-482-9190

  (c)  mail a copy to the Chapter 13 Trustee:

    WILLIAM C. MILLER, Esq.
    Chapter 13 Trustee
    P.O. Box 1229
    Philadelphia, PA 19105

  2.  If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **December 1, 2020 at 10:30 a.m.** in Courtroom 2 of Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

  4.  If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

            Respectfully submitted,
            MILSTEAD & ASSOCIATES, LLC

DATED: October 26, 2020

             /s/Andrew M. Lubin
            Andrew M. Lubin, Esquire
            Attorney ID No. 54297
            alubin@milsteadlaw.com
            1 East Stow Road
            Marlton, NJ 08053
            Attorneys for Movant