UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|    William T. Powell, a/k/a | : |
|    William T. Powell, Sr. | : |
|        Debtor | : NO. 19-12806 MDC |

           HEARING:   12-1-20
            TIME: 10:30 a.m
           COURTROOM: 2

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing DEBTOR'S ANSWER TO SELECT PORTFOLIO SERVICING, INC.' MOTION FOR RELIEF  was served upon the following parties by mailing such copies by  first class, postage prepaid or by electronic means on November 6, 2020,  to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Andew M. Lubin, Esquire
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ 08053

William T. Powell
8110 Buist Ave.
Philadelphia, PA 19153


  11-6-20
   Date

/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtors