## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>William T. Powell aka William T. Powell, Sr.,<br>Debtor, | Chapter 13<br><br>Case No. 19-12806-mdc |
| Select Portfolio Servicing, Inc.,<br>Movant, | Hearing Date: December 1, 2020<br>Time: 10:30 a.m. |
| William T. Powell aka William T. Powell, Sr.,<br>Debtor / Respondent,<br><br>and<br>WILLIAM C. MILLER, ESQ.,<br>Trustee / Respondent | |

## PRAECIPE TO WITHDRAW
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES, Select Portfolio Servicing, Inc., by and through the undersigned counsel, and hereby withdraws the Motion for Relief from Automatic Stay filed on October 26, 2020 (document number 66).  Said Motion is being withdrawn without prejudice.

                                                  Respectfully submitted,
                                                  MILSTEAD & ASSOCIATES, LLC

DATED:  November 25, 2020

                                                  /s/Andrew M. Lubin
                                                Andrew M. Lubin, Esquire
                                                alubin@milsteadlaw.com
                                                Attorney ID No. 54297
                                                1 E. Stow Road
                                                Marlton, NJ 08053
                                                (856) 482-1400
                                                Attorneys for Movant

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> William T. Powell aka William T. Powell, Sr., <br>Debtor, <br><br> Select Portfolio Servicing, Inc., <br>Movant, <br><br> William T. Powell aka William T. Powell, Sr., <br>Debtor / Respondent, <br><br> and <br>WILLIAM C. MILLER, ESQ., <br>Trustee / Respondent | Chapter 13 <br><br> Case No. 19-12806-mdc <br><br> Hearing Date: December 1, 2020 <br>Time: 10:30 a.m. |

**CERTIFICATION OF SERVICE**

    Andrew M. Lubin, Esquire counsel for Select Portfolio Servicing, Inc., hereby certifies that a copy of the Praecipe to Withdraw Motion for Relief from the Automatic Stay was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on November 25, 2020, addressed as follows:

| | |
|---|---|
| WILLIAM C. MILLER, ESQ. <br>Chapter 13 Trustee <br>P.O. Box 1229 <br>Philadelphia, PA 19105 <br>*via electronic transmission and regular mail* | MICHAEL A. LATZES <br>Law Offices of Michael A. Latzes <br>1528 Walnut Street <br>Suite 700 <br>Philadelphia, PA 19102 <br>*via electronic transmission and regular mail* |
| William T. Powell <br>8110 Buist Ave. <br>Philadelphia, PA 19153 <br>*via regular mail* | |

                                                      MILSTEAD & ASSOCIATES, LLC

DATED:  November 25, 2020               By:   /s/Andrew M. Lubin
                                                          Andrew M. Lubin, Esquire
                                                          Attorney ID No. 54297
                                                          1 E. Stow Road
                                                          Marlton, NJ 08053
                                                          (856) 482-1400
                                                          Attorneys for Movant