**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William T. Powell aka William T. Powell, Sr. | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 19-12806 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-AA1 and index same on the master mailing list.

Respectfully submitted,



Rebecca Solarz
07 Oct 2021, 12:19:47, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 03e5fa8432ce4a2cdbaea4e8c985ea793e46cf7816830a808a24e81475a30c9c