UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|    William T. Powell, a/k/a | : |
|    William T. Powell, Sr. | : |
|      Debtor | : |
| | : |
| The Bank of New York Mellon, et al | : |
|      Movant | : NO.  19-12806 MDC |
|        v. | : |
| William T. Powell, a/k/a | : Date: November 9, 2021 |
| William T. Powell, Sr. | : |
|      Debtor | : Time: 10:30 a.m. |
| | : |
| Kenneth E. West, Esquire | : |
|      Trustee | : |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Debtor's Answer to The Bank of New York Mellon's Motion for Relief was served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on October 23 2021, to the following:

Asst. U.S. Trustee
Office of the U.S. Trustee
200 Chestnut St., Suite 502
Philadelphia, PA   19107

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

William T. Powell
8110 Buist Ave.
Philadelphia, PA 19153

  10-23-21
Date

/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor