IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: William T. Powell, a/k/a** : CHAPTER 13
      **William T. Powell, Sr.** :
:
      **Debtor(s)** : NO.   19-12806 MDC

CERTIFICATION OF SERVICE

    I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Notice, Motion to Modify Amended Chapter 13 Plan and Proposed Order were served either by first class mail, postage prepaid or electronically on February 23, 2022, to Kenneth E. West, Trustee, United States Trustee, William T. Powell, a/k/a William T. Powell, Sr., debtor and all creditors listed on the Claim's Register and all attorneys of record.

 2-23-22                                           /s/ MICHAEL A. LATZES, ESQUIRE
DATE                                       MICHAEL A. LATZES, ESQUIRE
                                           Attorney for Debtor