**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    William T. Powell | : |
| | : |
|    Debtor(s) | : NO. 19-12806 MDC |

**CERTIFICATE OF SERVICE**

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Amended Chapter 13 Plan Per Order to Modify and Amended Schedule I were mailed either first class mail, postage prepaid or electronically on March 23, 2022, to the U.S. Trustee, Kenneth West, Trustee, William T. Powell, Debtor and all parties listed on the Claims Register or who have entered their appearances.

3-23-22                                                                             /s/    MICHAEL A. LATZES
DATE                                                                      MICHAEL A. LATZES, ESQUIRE
                                                                           Attorney for Debtor