## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    William T. Powell | : |
| | : |
|    Debtor(s) | : No. 19-12806   MDC |

## CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Fourth Modified Chapter 13 Plan and Schedule J were mailed either first class mail, postage prepaid or electronically on March 30, 2022 to the U.S. Trustee, Kenneth West, Trustee, William T. Powell, debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.

3-30-22                                                                   /s/    MICHAEL A. LATZES
DATE                                                                   MICHAEL A. LATZES, ESQUIRE
                                                                         Attorney for Debtor