IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                          :
                                               :    Chapter 13
         William T. Powell                     :
                                               :    Bankruptcy No. 19-12806 (mdc)
                                    Debtor.    :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia:

Objection to Motion to Modify Plan, filed on March 28, 2022 [Docket No. 96].

                                          Respectfully submitted,

                                          THE CITY OF PHILADELPHIA

Dated: April 4, 2022       By:     /s/ Pamela Elchert Thurmond
                                          PAMELA ELCHERT THURMOND
                                          Senior Attorney
                                          PA Attorney I.D. 202054
                                          City of Philadelphia Law Department
                                          Tax & Revenue Unit
                                          1401 JFK Blvd., 5th Floor
                                          Philadelphia, PA  19102-1595
                                          215-686-0508 (phone)
                                          215-686-0588 (facsimile)
                                          Email: Pamela.Thurmond@phila.gov