IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: William T. Powell, a/k/a** | **: CHAPTER 13** |
| **William T. Powell, Sr.** | **:** |
| | **:** |
| **Debtor(s)** | **: NO.   19-12806 MDC** |

### ORDER

AND NOW, this 28th day of April 2022, upon the debtor's Motion to Modify the Amended Chapter 13 Plan post confirmation;

AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby ordered that debtor's Motion to Modify is hereby **GRANTED.**

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE