United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

William T. Powell

    Debtor

Case No. 19-12806-mdc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14412350 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 04 2022 00:14:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2022

Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  as Trustee for Structured Asset Securities Corporation Mortgage Pass andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BERNADETTE IRACE | on behalf of Creditor Federal Home Loan Mortgage Corporation birace@milsteadlaw.com  bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-AA1 bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

JEROME B. BLANK
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  et.al. jblank@avallonelaw.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                    on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of
                    CWABS, Inc., Asset-Backed Certificates, Series 2006-6 bkgroup@kmllawgroup.com

MARIO J. HANYON
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  as Trustee for Structured Asset Securities Corporation Mortgage
                    Pass wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  as Trustee for Structured Asset Securities Corporation Mortgage
                    Pass wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL A. LATZES
                    on behalf of Debtor William T. Powell efiling@mlatzes-law.com

PAMELA ELCHERT THURMOND
                    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

ROGER FAY
                    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@milsteadlaw.com  bkecf@milsteadlaw.com

ROGER FAY
                    on behalf of Creditor Select Portfolio Servicing  Inc. rfay@milsteadlaw.com, bkecf@milsteadlaw.com

ROGER FAY
                    on behalf of Creditor Federal Home Loan Mortgage Corporation rfay@milsteadlaw.com  bkecf@milsteadlaw.com

THOMAS SONG
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  et.al. tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 17

2100 B (12/15)

# United States Bankruptcy Court

### Eastern District of Pennsylvania
### Case No. 19-12806-mdc
### Chapter 13

In re: Debtor(s) (including Name and Address)

William T. Powell
8110 Buist Avenue
Philadelphia PA 19153

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/02/2022.

Name and Address of Alleged Transferor(s):

Claim No. 5: Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250

Name and Address of Transferee:

Federal Home Loan Mortgage Corporation
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT  84165-0250

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/05/22

Tim McGrath
**CLERK OF THE COURT**