| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Philadelphia) | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>William T. Powell | Case Number:<br><br>2:2019-bk-12806 | |
| Name of Creditor:<br>U.S. BANK NATIONAL ASSOCIATION, et.al. | | |
| Name of Current Servicer of account:<br>   PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>   Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>   1 Mortgage Way<br>   Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>   PHH Mortgage Services<br>   PO Box 24781<br>   ATTN: SV 19<br>   West Palm Beach, FL 33416<br><br><br>   Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number: 3935** | | _ Check this box if the account number has changed. |
| 2.   **Court Claim Number: 4** | | |
| 3.   **Signature:**<br><br> **Check the appropriate box.**<br>         **I am the creditor.**<br>    X   **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**<br>         **I am the trustee, or the debtor.**<br>         **I am a guarantor, surety, endorser, or other codebtor.**<br><br>   By:   /s/ John Shelley                                    Date:   02/18/2023                    <br>            Authorized Filing Agent for PHH Mortgage Services | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          CASE NO.:    19-12806

William T. Powell                                               CHAPTER:     13

**Debtor(s).**

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before February 20, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                          *By U.S. Postal Service First Class Mail Postage Prepaid:*

William T. Powell
8110 Buist Avenue
Philadelphia, PA 19153


*Debtor's Attorney:*               *By CM / ECF Filing:*

MICHAEL A. LATZES
Law Offices of Michael A. Latzes, P.C
1528 Walnut Street
Suite 710
Philadelphia, PA 19102


*Trustee:*                         *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107


/s/ John Shelley
_____

InfoEx, LLC
(as authorized agent for PHH Mortgage Services)