United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
William T. Powell  
    Debtor

Case No. 19-12806-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 28, 2024      Form ID: 234      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William T. Powell, 8110 Buist Avenue, Philadelphia, PA 19153-1114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION as Trustee for Structured Asset Securities Corporation Mortgage Pass andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BERNADETTE IRACE | on behalf of Creditor Federal Home Loan Mortgage Corporation birace@milsteadlaw.com bkecf@milsteadlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6 bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-AA1 bkgroup@kmllawgroup.com |

Case 19-12806-pmm    Doc 118    Filed 06/30/24    Entered 07/01/24 00:37:25    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: 234 | Total Noticed: 1 |

JEROME B. BLANK
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6 bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION as Trustee for Structured Asset Securities Corporation Mortgage Pass wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION as Trustee for Structured Asset Securities Corporation Mortgage Pass wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL A. LATZES
    on behalf of Debtor William T. Powell efiling@mlatzes-law.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROGER FAY
    on behalf of Creditor Federal Home Loan Mortgage Corporation rfay@alaw.net bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@alaw.net bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor Select Portfolio Servicing Inc. rfay@alaw.net, bkecf@milsteadlaw.com

THOMAS SONG
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et.al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: William T. Powell

        Debtor(s)                        Case No:19−12806−pmm

                                            Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                          For The Court

                                                          Timothy McGrath,
                                                          Clerk of Court

Date: 6/28/24