Certificate Number: 15317-PAE-DE-038106491

Bankruptcy Case Number: 19-12806



15317-PAE-DE-038106491

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 17, 2024</u>, at <u>3:07</u> o'clock <u>PM PST</u>, <u>William T Powell</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 17, 2024</u>              By:    <u>/s/Anro Buscas</u>

                                        Name:  <u>Anro Buscas</u>

                                        Title:  <u>Certified Credit Counselor</u>