United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William T. Powell  
    Debtor

Case No. 19-12806-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Aug 23, 2024      Form ID: 138OBJ      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William T. Powell, 8110 Buist Avenue, Philadelphia, PA 19153-1114 |
| 14317446 | + | Kevin G. McDonald, Esquire, KML Law Group, PC, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 14317447 | + | Kristina Nubaryan Girard, Esquire, McCall Raymer Leibert Pierce, LLC, 225 East Robinson Street, Suite 155, Orlando, FL 32801-4326 |
| 14317452 | + | RAS Citron Law Offices, 133 Gaither Drive, Suite F, Attn: Bankruptcy Dept., Mount Laurel, NJ 08054-1710 |
| 14321140 | + | THE BANK OF NEW YORK MELLON, F/K/A, The Bank of New York, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14642165 | + | The Bank of New York, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14673550 | + | U.S. BANK NATIONAL ASSOCIATION, c/o ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14673461 | + | U.S. BANK NATIONAL ASSOCIATION ,et al, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14320934 | + | U.S. BANK NATIONAL ASSOCIATION, et.al., c/o JEROME B. BLANK, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 14320791 | + | U.S. BANK NATIONAL ASSOCIATION, et.al., Jerome Blank, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14700233 | + | U.S. Bank National Association, c/o MATTHEW K. FISSEL, Brock & Scott PLLC, 302 Fellowship Road, Suite 130 Mt Laurel Township, NJ 08054-1218 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 23 2024 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14317443 | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 23 2024 23:43:00 | Bank of America, P.O. BOX 15026, Attn: Bankruptcy Dept., Wilmington, DE 19850-5026 |
| 14317453 | Email/Text: BKBCNMAIL@carringtonms.com | Aug 23 2024 23:43:00 | The Bank of New York Mellon, c/o Carrington Mortgage, 1600 S. Douglas Road, Suite 200-A, Attn: Bankruptcy Dept., Anaheim, CA 92806 |
| 14343986 | Email/Text: BKBCNMAIL@carringtonms.com | Aug 23 2024 23:43:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14379214 | Email/Text: megan.harper@phila.gov | Aug 23 2024 23:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14411135 | Email/Text: megan.harper@phila.gov | Aug 23 2024 23:44:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. |

Case 19-12806-pmm  Doc 121  Filed 08/25/24  Entered 08/26/24 00:32:43  Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14317444 | | Email/Text: megan.harper@phila.gov | Aug 23 2024 23:44:00 | City of Philadelphia - Law Department, One Parkway Building, 15th floor, 1515 Arch Street, Philadelphia, PA 19102-1595 |
| 14410791 | + | Email/Text: megan.harper@phila.gov | Aug 23 2024 23:44:00 | City of Philadelphia and/or Water Revenue Bureau, c/o Pamela Elchert Thurmond, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14317445 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 23 2024 23:50:29 | Credit One Bank, P.O. BOX 98873, Attn: Bankruptcy Dept., Las Vegas, NV 89193-8873 |
| 14733090 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 23 2024 23:44:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14355179 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 23 2024 23:44:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14317448 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2024 23:44:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Attn: Bankruptcy Dept., Coppell, TX 75019-4620 |
| 14352670 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2024 23:44:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14317449 | | Email/Text: BKEBN-Notifications@ocwen.com | Aug 23 2024 23:43:00 | Ocwen Loan Servicing, P.O. BOX 24738, Attn: Bankruptcy Dept., West Palm Beach, FL 33416-4738 |
| 14317450 | | Email/Text: BKEBN-Notifications@ocwen.com | Aug 23 2024 23:43:00 | PHH Mortgage, P.O. BOX 5452, Attn: Bankruptcy Dept., Mount Laurel, NJ 08054-5452 |
| 14673462 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 23 2024 23:43:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14317451 | | Email/Text: CollectionsDept@PFCU.COM | Aug 23 2024 23:44:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Attn: Bankruptcy Dept., Philadelphia, PA 19154-1003 |
| 14355399 | ^ | MEBN | Aug 23 2024 23:42:10 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14412350 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 23 2024 23:44:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14641779 | ^ | MEBN | Aug 23 2024 23:42:07 | THE BANK OF NEW YORK MELLON, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14345993 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2024 23:44:00 | The Bank of New York Mellon, et. al., Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14352238 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 23 2024 23:43:00 | U.S. BANK NATIONAL ASSOCIATION, et.al., PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL NJ 08054-4637 |
| 14758708 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 23 2024 23:43:00 | U.S. Bank National Association, PHH Mortgage Corporation, ATTN Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14700092 | + | Email/Text: EBN@brockandscott.com | Aug 23 2024 23:44:00 | U.S. Bank National Association ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14317454 | | Email/Text: megan.harper@phila.gov | Aug 23 2024 23:44:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Attn: Bankruptcy Dept., Philadelphia, PA 19102-1663 |

Case 19-12806-pmm   Doc 121   Filed 08/25/24   Entered 08/26/24 00:32:43   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14700093 | *+ | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14323121 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o ANDREW M. LUBIN, Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14322988 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 East Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2024                          Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION as Trustee for Structured Asset Securities Corporation Mortgage Pass andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BERNADETTE IRACE | on behalf of Creditor Federal Home Loan Mortgage Corporation birace@moodklaw.com bkecf@milsteadlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-AA1 bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6 bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6 bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION as Trustee for Structured Asset Securities Corporation Mortgage Pass wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION as Trustee for Structured Asset Securities Corporation Mortgage Pass wbecf@brockandscott.com, matthew.fissel@brockandscott.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

MICHAEL A. LATZES
        on behalf of Debtor William T. Powell efiling@mlatzes-law.com

MICHELLE L. MCGOWAN
        on behalf of Creditor Federal Home Loan Mortgage Corporation mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
        on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROGER FAY
        on behalf of Creditor Select Portfolio Servicing Inc. rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY
        on behalf of Creditor Federal Home Loan Mortgage Corporation rfay@alaw.net bkecf@milsteadlaw.com

ROGER FAY
        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@alaw.net bkecf@milsteadlaw.com

THOMAS SONG
        on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et.al. tomysong0@gmail.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

*Form 138OBJ* (6/24)−doc 120 − 114

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   William T. Powell )  Case No. 19−12806−pmm
   aka William T. Powell Sr. )
)
   Debtor(s). )  Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 23, 2024                                                                                          For The Court

                                                       Timothy B. McGrath
                                                      Clerk of Court